IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

     Plaintiff and Counterclaim Defendant,
v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

     Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

     Counterclaim Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The stipulated motion to vacate the August 26, 2011, scheduling conference is granted. The conference is **rescheduled for September 16, 2011, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit the proposed scheduling order in paper form directly to chambers no later than **September 8, 2011, at 4:00 p.m.**

DATED: July 28, 2011