IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

    Plaintiff and Counterclaim Defendant,

v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

    Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

    Counterclaim Defendants.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER DEADLINES

---

    After review of the Plaintiff and Counter-Claim Defendant's Unopposed Motion to Amend the Scheduling Order [29] to Reset the Deadlines for Filing of Phase One Dispositive Motions and Related Deadlines, filed November 9, 2011 [31], it is

    ORDERED that the motion is granted and the deadlines are extended as follows:

        Dispositve Motions Deadline: January 9, 2012.
        Responses: February 17, 2012.
        Reply: March 5, 2012

DATED November 10th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge