IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

    Plaintiff and Counterclaim Defendant,

v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

    Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

    Counterclaim Defendants.

---

ORDER AMENDING SCHEDULING ORDER DEADLINES

---

After review of the Plaintiff and Counter-Claim Defendant's Unopposed Motion to Further Amend the Scheduling Order to Reset the Deadlines for Filing of Phase One Dispositive Motions and Related Deadlines [35], filed December 7, 2011, it is

ORDERED that the motion is granted and the deadlines are extended as follows:

    Dispositve Motions Deadline: February 13, 2012.
    Responses: March 30, 2012.
    Reply: April 20, 2012

DATED:  December 7th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge