IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

     Plaintiff and Counterclaim Defendant,

v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

     Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

     Counterclaim Defendants.

---

ORDER EXTENDING DEADLINES

---

After review of Defendant and Counter-Claim Plaintiffs' Unopposed [44] Motion to Amend the [36] Order Amending the Scheduling Order to Reset the Deadline to Respond to the Motions for Summary Judgment [Doc. 39 to 42] and Related Deadlines, filed March 26, 2012, it is

ORDERED that the motion is granted as follows:

1. The Stratus Parties' deadline to respond to Navigators and the Hartford Defendants' motions for summary judgment extended from March 30, 2012 to and including **April 16 2012;** and

2. Navigators and the Hartford Defendants' deadline to reply extended from April 20, 2012 to and including **May 16, 2012.**

DATED: March 27th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge