IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

      Plaintiff and Counterclaim Defendant,

v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

      Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

      Counterclaim Defendants.

---

ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR TO EXHIBIT D TO THE
STRATUS PARTIES OPPOSITION

---

      Without ruling on the relevance of the Exhibit D, it is

      ORDERED that the Motion to Correct Clerical Error to Exhibit D to the Stratus Parties Opposition [Doc. 46-5; 47-5; 48-5] is granted and it is

      FURTHER ORDERED that oral arguments will be scheduled after the Court has had an opportunity to review the papers filed.

      DATED:  August 3rd, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge