IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00715-RPM

NAVIGATORS SPECIALTY INSURANCE COMPANY,

    Plaintiff and Counterclaim Defendant,

v.

DOUGLAS BELTMAN;
ANN MAEST;
STRATUS CONSULTING, INC.,

    Defendants and Counterclaim Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY, and
TWIN CITY FIRE INSURANCE COMPANY,

    Counterclaim Defendants.

---

## JUDGMENT

---

Pursuant to the Order on Summary Judgment Motions, signed by Senior District Judge Richard P. Matsch on November 1st, 2012, it is

ORDERED and ADJUDGED that Navigators Specialty Insurance Company has no duty to defend Douglas Beltman, Ann Maest and Sratus Consulting, Inc., as defendants in Civil Action No. 11-cv-00691 in the United States District Court for the Southern District of New York because the claims alleged against them in that action by Chevron Corporation are within Exclusion 7 of Policy No. CH10EPP803704 NC. It is

FURTHER ORDERED and ADJUDGED that Twin City Fire Insurance Company has no duty to defend Douglas Beltman, Ann Maest and Sratus Consulting, Inc., as defendants in Civil Action No. 11-cv-00691 in the United States District Court for the Southern District of New York because the claims

alleged against them in that action by Chevron Corporation are within the professional services exclusion of Policy No. KB 0222839. It is

FURTHER ORDERED and ADJUDGED that Hartford Fire Insurance Company and Hartford Casualty Insurance Company have no duty to defend Douglas Beltman, Ann Maest and Sratus Consulting, Inc., as defendants in Civil Action No. 11-cv-00691 in the United States District Court for the Southern District of New York because the claims alleged against them in that action by Chevron Corporation are within the exclusions of the Special Multi-Flex Policy containing Commercial General Liability Coverage for the policy period October 1, 2010, to October 1, 2011, and the Umbrella Liability Policy for the same period as cited above. It is

FURTHER ORDERED that plaintiff and counterclaim defendant Navigators Specialty Insurance Company and counterclaim defendants Twin City Fire Insurance Company, Hartford Fire Insurance Company and Hartford Casualty Insurance Company shall have their costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment. It is

FURTHER ORDERED that the Counterclaims are dismissed.

DATED: November 1st, 2012

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: _____
    Deputy Clerk

APPROVED:

_____
Richard P. Matsch, Senior District Judge
United States District Court